IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JACKIE RAY SHAW, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. CIV-21-1181-R |
| | ) |
| **STEVEN BREWER, Deputy Sherriff/** | ) |
| **Detention Officer, in his official and** | ) |
| **individual capacities; OKLAHOMA** | ) |
| **COUNTY JAIL; Oklahoma Sheriff** | ) |
| **P.D. Taylor in his official and individual** | ) |
| **capacities,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered on February 28, 2022. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Erwin is ADOPTED in its entirety and the Court (1) dismisses all claims against the Oklahoma County Detention Center with prejudice; (2) dismisses all claims against Defendant P.D. Taylor without prejudice; (3) dismisses all official capacity claims against Defendant Steven Brewer without prejudice; and (4) finds Plaintiff has pleaded an individual capacity claim pursuant to the Fourteenth Amendment for excessive force against Defendant Brewer.

IT IS SO ORDERED this 29th day of March 2022.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE