# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKIE RAY SHAW, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-21-1181-R |
| ) | |
| STEVEN BREWER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation [Doc. 37] entered by United States Magistrate Judge Shon T. Erwin on September 19, 2023, wherein he recommended the Court dismiss the case without prejudice to re-filing for Plaintiff's failure to timely effectuate service. Plaintiff was initially advised of his right to file an objection to the Report and Recommendation by October 6, 2023. Thereafter, Plaintiff moved for and was granted an extension of time until November 5, 2023.

Plaintiff has not filed a timely objection to the Report and Recommendation or sought another extension of time in which to object. Accordingly, the Report and Recommendation [Doc. No. 37] is ADOPTED in its entirety, and this case is DISMISSED without prejudice. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 21st day of November 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE